IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00307-RJC-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIE NEVIUS (4), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 177), of the Indictment, (Doc. No. 61), as to Willie Nevius, without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 177), is **GRANTED** and the Indictment, (Doc. No. 61), is **DISMISSED** as to Willie Nevius, without prejudice.

Signed: June 6, 2017

Robert J. Conrad, Jr.
United States District Judge